IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILSON CASTILLO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED DOLLAR, INC. and SHAMS S. NEYAZI,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 1:16-CV-4078<br><br>**FLSA COMPLAINT** |

## ORDER

The parties have submitted a General Release resolving the Plaintiff's claims under the Fair Labor Standards Act. Having reviewed the terms of the General Release, and having determined the same is fair and appropriate to the resolution of the matters in this case, it is hereby Ordered and Adjudged that the General Release is APPROVED and its terms shall be considered an Order of this Court. Defendant having complied with the terms of the General Release and this matter being resolved to the satisfaction of all parties, the Clerk of Court is hereby instructed to DISMISS WITH PREJUDICE this action. All parties are to bear their own costs and attorneys' fees except as provided in the General Release.

EXHIBIT 2

So ORDERED this 5th day of December, 2017.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia

Jointly submitted by:

/s/ *Randall D. Grayson*
Randall D. Grayson
Georgia Bar No. 306560
rgrayson@dcglawfirm.com

DELCAMPO & GRAYSON LLC
5455 Chamblee Dunwoody Rd.
Dunwoody, GA 30338
(770) 481-0444
(770) 395-0806 Fax

*Counsel for Plaintiff*

/s/ *H. Michael Dever (w/ express permission)*
H. Michael Dever
Georgia Bar No. 219785
mdever@fdmlaw.com

FRIEDMAN, DEVER & MERLIN, LLC
5555 Glenridge Connector, NE
Suite 925, Glenridge Highlands
Atlanta, GA 30342-4728
(404)236-8600

*Counsel for Defendants*